UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-07059-SPG-MRW | Date | January 31, 2023 |
| Title | United African-Asian Abilities Club et al v. IRIS et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**  (IN CHAMBERS)

    On January 17, 2023, the Court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. (ECF No. 10). Plaintiff has filed a response to the Order to Show Cause. (ECF No. 11). Although proof of service was executed by plaintiff upon Defendant IRIS on October 21, 2022, defendant has not answered the complaint. Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Thus, the Court orders Plaintiff to show cause, in writing, on or before February 14, 2023, why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED.**

                                                  Initials of Preparer  pg